# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
2nd Amended Plan

DEBTOR: Orestes Hernandez     JOINT DEBTOR:_____     CASE NO.:_____
Last Four Digits of SS# 5286     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 605.10 for months 1 to 60; in order to pay the following creditors:

<u>Administrative</u>:    Attorney's Fee - $ 3,650 + 775 TOTAL PAID $ 1,000 Balance Due $ 3,425 payable $ 171.25/month (Months 1 to 20)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Palm Springs Townhomes Condominium Associations
Address: c/o Javier Guadayol, Esq.          Arrearage on Petition Date   $7650.50
    13412 SW 128 Street                 Arrears Payment        $ 127.51/month (Months 1 to 60)
    Miami, FL 33186                     Regular Payment        $ 150.00/month (Months 1 to 60)
Case No: 2013-06896-CA-20

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Account No: xxxx0197 | 655 West 68 Street #10, Hialeah, FL 33014 $64,780.00 | 0% | n/a | n/a | Strip off |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None_____     Total Due $_____
    Payable    $_____/month (Months ____ to ____) Regular Payment $_____

<u>Unsecured Creditors</u>: Pay $ 95.83 /month (Months 1 to 20) and Pay $ 267.08 /month (Months 21 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with Creditors Ally Financial, Bank of America and Bank of the West and will continue to be paid directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez
Attorney for Debtor                                   Joint Debtor
Date: 4-17-14                                         Date:_____

LF-31 (rev. 01/08/10)