UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI  DIVISION

In re:   Orestes Hernandez                               Case No: 14-13144-RAM

                                                                        Chapter 13

                   Debtor
_____/

## MOTION TO REINSTATE CHAPTER 13 CASE AND CERTIFICATE OF FUNDS

COMES NOW the Debtor, Orestes Hernandez, by and through his undersigned counsel and file this Motion to Reinstate Chapter 13 Case and as grounds therefore state the following:

1.    On February 10, 2014 the debtor filed a Chapter 13 bankruptcy case.

2.    On August 27, 2015 debtor's case was dismissed for failure make post-confirmation plan payment.

3.    Debtor has provided undersigned counsel with funds that brings him current with his Chapter 13 plan as of the date of the instant motion.

**WHEREFORE**, undersigned respectfully requests that this Court enter an Order Granting Debtors Motion to Reinstate Chapter 13 Case.

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that this 7th day of October, 2015 a true and correct copy of the foregoing was sent via CM/ECF to Chapter 13 Trustee, Nancy Neidich, Trustee and to all creditors on the service list via first class mail.

Robert Sanchez, Esq.
355 West 49th St
Hialeah, FL 33012
Tel. (305)-687-8008

By: */s/ Robert Sanchez*
Robert Sanchez, Esquire
FBN#0442161